AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

Natache D. Rinegard-Guirma
*Plaintiff*

v.

Bank of America, National Association as Successor Trustee by merger to LaSalle Bank National Association as Trustee Under the Pooling and Servicing Agreement dated as of August 1, 2006, GSAMP Trust 2006-HE5, MERS, Litton Loan Servicing LP, and the original and purported successor trustees, LSI Title Company of Oregon LLC, and Quality Loan Service Corporation of Washington,
*Defendant*

Civil Action No. 10-1065-PK

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

LSI Title Company of Oregon, LLC
601 Riverside Ave.
Jacksonville, FL 32204

Fax - 904-357-1206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Natache D. Rinegard-Guirma
5731 N.E. 10th Ave.
Portland, OR 97211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mary L. Moran, Clerk of Court
*CLERK OF COURT*

Date: 9/16/10

Janett Cubias, *Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

Natache D. Rinegard-Guirma
<br>_Plaintiff_

v.

Bank of America National Association as successor by merger to LaSalle Bank National Association as Trustee under the Pooling and Servicing Agreement dated as of August 1, 2006, GSAMP Trust 2006-HE5, MERS, Litton Loan Servicing LP and the original and purported successor trustees, LSI Title Company of Oregon LLC, and Quality Loan Service Corporation of Washington,
<br>_Defendant_

Civil Action No. 10-1065-PK

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

MERS - Mortgage Electronic Registration Systems, Inc.
P.O. Box 1336
Lafayette, CA 94549

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Natache D. Rinegard-Guirma
5731 N.E. 10th Ave.
Portland, OR 97211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mary L. Moran, Clerk of Court
<br>CLERK OF COURT

Date: 9/16/10

Janett Cubias
<br>*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

Natache D. Rinegard-Guirma
*Plaintiff*

v.

Bank of America, National Association as Successor by merger to LaSalle Bank National Association, as Trustee Under the Pooling and Servicing Agreement dated as of August 1st, 2006, GSAMP Trust 2006-HE5, MERS, Litton Loan Servicing LP, and the original and purported successor trustees, LSI Title Company of Oregon LLC, and Quality Loan Service Corporation of Washington,
*Defendant*

Civil Action No. 10-1065-PK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Bank of America National Association
450 B Street
Suite 1800
San Diego, CA 92101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Natache D. Rinegard-Guirma
5731 NE. 10th Ave.
Portland, OR 97211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Mary L. Moran, Clerk of Court**

CLERK OF COURT

Date: 7/16/10

**Janett Cubias**
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

Natache D. Rinegard-Guirma
_____
Plaintiff

v.

Bank of America, National Association as Successor Trustee by merger to LaSalle Bank National Association as Trustee Under the Pooling and Servicing Agreement dated as of August 1, 2006, GSAMP Trust 2006-HE5, MERS, Litton Loan Servicing LP, and the original and purported successor trustees, LSI Title Company of Oregon LLC, and Quality Loan Service Corporation of Washington.
_____
Defendant

Civil Action No. 10-1065-PK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Litton Loan Servicing LP
4828 Loop Central Drive
Houston, TX 77081

Fax - 713-793-4923

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Natache D. Rinegard-Guirma
5731 N.E. 10th Ave.
Portland, OR 97211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mary L. Moran, Clerk of Court

CLERK OF COURT

Date: 9-16-10

Janett Cubias
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

Natache D. Rinegard-Guirma
*Plaintiff*

v.

Bank of America, National Association as Successor by Merger to LaSalle Bank National Association as Trustee under the Pooling and Servicing Agreement dated as of August 1, 2006, GSAMP Trust 2006-HE5, MERS, Litton Loan Servicing LP, and the original and purported successor trustees, LSI Title Company of Oregon LLC, and Quality Loan Service Corporation of Washington.
*Defendant*

Civil Action No. 10-1065-PK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Quality Loan Service Corporation of Washington
19735 10th Avenue NE
Suite N-200
Poulsbo, WA 98370
Fax - 206-780-6862

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Natache D. Rinegard-Guirma
5731 NE 10th Ave.
Portland, OR 97211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mary L. Moran, **Clerk of Court**

*CLERK OF COURT*

Date: 9-16-10

**Janett Cubias**
*Signature of Clerk or Deputy Clerk*