# EXHIBIT A
Sixteen (16) Pages

Exhibit B pg 1

# OREGON COLLEGE OF O[regon]
## Acupuncture & [Oriental Medicine]
10541 SE Cherry Blossom Drive
Phone: (503) 253 - 3443
www.ocom[...]

Page: 1

**Patient:** Natache D. Guirma
5731 NE 1th Ave
Portland, OR 97211

Chart #: GUINA000    Case #: 33199

**Instructions:** Complete the patient information portion of your insurance claim [form and submit] the claim. If you have a deductible policy, hold your claim forms [...]

| Date | Description | Procedu[re] | Charge |
|---|---|---|---|
| 5/7/2008 | Granule Herbs [G] | UG.HER | 18.08 |
| 5/7/2008 | Credit/Debit Pay- Thank You | 14A.CR | -18.08 |

OREGON COLLEGE OF ORIE[NTAL]
10525 SE CHERRY BLOSSOM
PORTLAND, OR 97216

05/07/2008                          10:13:32
Merchant ID:               000000000556443
Terminal ID:                      00763947
356168831887

                     5/7/2008

CREDIT CARD
                        MC SALE

CARD #            XXXXXXXXXXXX1016
INVOICE                       0004
Batch #:                    000460
Approval Code:              039909
Entry Method:               Manual     rtaining to
Approved:                   Online     e carrier.

Avs Code: YYY

SALE AMOUNT              $18.08

CUSTOMER COPY

---

**Provider Information**
Provider Name: OCOM
License:
SSN or EIN: 930845182

**HERBS ARE NON-REFUNDABLE**

Total Charges:        $ 18.08
Total Payments:      -$ 18.08
Total Adjustments:    $ 0.00
**Total Due This Visit:**    $ 0.00
Total Account Balance: $ 0.00

---

Insured's Name: _____    Insured's ID#: _____

Insured's Signature: _____    Date: _____

Exhibit B p3.2

# OREGON COLLEGE OF ORIENTAL MEDICINE
## Acupuncture & Herbal Clinic

10541 SE Cherry Blossom Drive | Portland, Oregon 97216
Phone: (503) 253-3443 | Fax: (503) 251-2092
www.ocom.edu

Page: 1                                                                                     5/13/2008

**Patient:** Natache D. Guirma                          **Diagnoses:** 1. 0.0    ASK PRACTITIONER
5731 NE 1th Ave                                                        2.
Portland, OR 97211                                                     3.
                                                                       4.
**Chart #:** GUINA000    **Case #:** 33199

**Instructions:** Complete the patient information portion of your insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until your deductible is met. Mail directly to your insurance carrier.

| Date | Description | Procedure | Units | Charge |
|---|---|---|---|---|
| 5/13/2008 | Granule Herbs [G] | UG.HERBS | 1 | 8.74 |
| 5/13/2008 | Credit/Debit Pay- Thank You | 14A.CREDIT | 1 | -8.74 |

**HERBS ARE NON-REFUNDABLE**

**Provider Information**
Provider Name: OCOM
License:
SSN or EIN: 930845182

Total Charges:        $ 8.74
Total Payments:      -$ 8.74
Total Adjustments:    $ 0.00
**Total Due This Visit:**    $ 0.00
Total Account Balance:    $ 0.00

Insured's Name: _____        Insured's ID#: _____

Insured's Signature: _____        Date: _____

# OREGON COLLEGE OF ORIENTAL MEDICINE
## Acupuncture & Herbal Clinic

10541 SE Cherry Blossom Drive | Portland, Oregon 97216
Phone: (503) 253 - 3443 | Fax: (503) 251 - 2092
www.ocom.edu

Page: 1                                                                                                     5/15/2008

**Patient:** Natache D. Guirma              **Diagnoses:** 1. 0.0    ASK PRACTITIONER
5731 NE 1th Ave                                            2.
Portland, OR 97211                                         3.
                                                           4.
**Chart #:** GUINA000    **Case #:** 33199

**Instructions:** Complete the patient information portion of your insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until your deductible is met. Mail directly to your insurance carrier.

| Date | Description | Procedure | Units | Charge |
|---|---|---|---|---|
| 5/15/2008 | Herbal Clinic Office Visit, Return | H2.99215 | 1 | 5.00 |
| 5/15/2008 | Granule Herbs [G] | UG.HERBS | 1 | 43.85 |
| 5/15/2008 | Credit/Debit Pay- Thank You | 14A.CREDIT | 1 | -48.85 |

**HERBS ARE NON-REFUNDABLE**

Total Charges:       $ 48.85
Total Payments:     -$ 48.85
Total Adjustments:   $ 0.00
**Total Due This Visit:** $ 0.00
Total Account Balance: $ 0.00

**Provider Information**
Provider Name: OCOM
License:
SSN or EIN: 930845182

Insured's Name: _____    Insured's ID#: _____

Insured's Signature: _____    Date: _____

**OREGON COLLEGE OF** ...
**Acupuncture &** ...
10541 SE Cherry Blossom Driv
Phone: (503) 253 - 3443
www.oco

'age: 1

**Patient:** Natache D. Guirma
5731 NE 1th Ave
Portland, OR 97211

**Chart #:** GUINA000    **Case #:** 33199

<u>Instructions:</u> Complete the patient information portion of your insurance cl.
the claim. If you have a deductible policy, hold your claim fo

| Date | Description | Proc | | Charge |
|---|---|---|---|---|
| 6/5/2008 | Herbal Clinic Office Visit, Return | H2.9 | 1 | 5.00 |
| 6/5/2008 | Granule Herbs [G] | UG.1 | 1 | 41.87 |
| 6/5/2008 | Credit/Debit Pay- Thank You | 14A | 1 | -46.87 |

06/05/2008    11:45:48
Merchant ID:    000000000556443
Terminal ID:    00763947
84014878

6/5/2008

DEBIT CARD    ER
EDS SALE

CARD #    XXXXXXXXXXXX1016
INVOICE    0013
Batch #:    000485
Approval Code:    430411
Entry Method:    Swiped
Approved:    Online

SALE AMOUNT    $46.87

CUSTOMER COPY

**Provider Information**
Provider Name: OCOM
License:
SSN or EIN: 930845182

| HERBS ARE NON-REFUNDABLE |
|---|

| | |
|---|---|
| Total Charges: | $ 46.87 |
| Total Payments: | -$ 46.87 |
| Total Adjustments: | $ 0.00 |
| **Total Due This Visit:** | **$ 0.00** |
| Total Account Balance: | $ 0.00 |

Insured's Name: _____    Insured's ID#: _____

Insured's Signature: _____    Date: _____

# OREGON COLLEGE OF ORIENTAL MEDICINE
## Acupuncture & Herbal Clinic

10541 SE Cherry Blossom Drive | Portland, Oregon 97216
Phone: (503) 253-3443 | Fax: (503) 251-2092
www.ocom.edu

Page: 1  6/20/2008

**Patient:** Natache D. Guirma
5731 NE 1th Ave
Portland, OR 97211

**Diagnoses:** 1. 0.0   ASK PRACTITIONER
2.
3.
4.

Chart #: GUINA000   Case #: 33199

**Instructions:** Complete the patient information portion of your insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until your deductible is met. Mail directly to your insurance carrier.

| Date | Description | Procedure | Units | Charge |
|---|---|---|---|---|
| 6/20/2008 | Granule Herbs [G] | UG.HERBS | 1 | 42.22 |
| 6/20/2008 | Credit/Debit Pay- Thank You | 14A.CREDIT | 1 | -42.22 |

**HERBS ARE NON-REFUNDABLE**

**Provider Information**
Provider Name: OCOM
License:
SSN or EIN: 930845182

Total Charges:       $ 42.22
Total Payments:     -$ 42.22
Total Adjustments:    $ 0.00
**Total Due This Visit:**   $ 0.00
Total Account Balance:  $ 0.00

Insured's Name: _____   Insured's ID#: _____

Insured's Signature: _____   Date: _____

Exhibit B pg 6

# OREGON COLLEGE OF ORIENTAL MEDICINE
## Acupuncture & Herbal Clinic

10541 SE Cherry Blossom Drive | Portland, Oregon 97216
Phone: (503) 253 - 3443 | Fax: (503) 251 - 2092
www.ocom.edu

Page: 1

7/2/2008

**Patient:** Natache D. Guirma
5731 NE 1th Ave
Portland, OR 97211

**Diagnoses:** 1. 0.0    ASK PRACTITIONER
2.
3.
4.

Chart #: GUINA000    Case #: 33199

**Instructions:** Complete the patient information portion of your insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until your deductible is met. Mail directly to your insurance carrier.

| Date | Description | Procedure | Units | Charge |
|---|---|---|---|---|
| 7/2/2008 | Herbal Clinic Office Visit, Return | H2.99215 | 1 | 5.00 |
| 7/2/2008 | Granule Herbs [G] | UG.HERBS | 1 | 23.10 |
| 7/2/2008 | Cash Payment - Thank You | 12A.CASH | 1 | -28.10 |

**Provider Information**

Provider Name: OCOM
License:
SSN or EIN: 930845182

| HERBS ARE NON-REFUNDABLE |
|---|

Total Charges: $ 28.10
Total Payments: -$ 28.10
Total Adjustments: $ 0.00
**Total Due This Visit:** $ 0.00
Total Account Balance: $ 0.00

Insured's Name: _____    Insured's ID#: _____

Insured's Signature: _____    Date: _____

# OREGON COLLEGE OF ORIENTAL MEDICINE
## Acupuncture & Herbal Clinic
10541 SE Cherry Blossom Drive | Portland, Oregon 97216
Phone: (503) 253 - 3443 | Fax: (503) 251 - 2092
www.ocom.edu

Page: 1                                                                 7/8/2008

**Patient:** Natache D. Guirma
5731 NE 1th Ave
Portland, OR 97211

**Diagnoses:** 1. 0.0   ASK PRACTITIONER
2.
3.
4.

Chart #: GUINA000   Case #: 33199

**Instructions:** Complete the patient information portion of your insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until your deductible is met. Mail directly to your insurance carrier.

| Date | Description | Procedure | Units | Charge |
|---|---|---|---|---|
| 7/8/2008 | Granule Herbs [G] | UG.HERBS | 1 | 23.10 |
| 7/8/2008 | Credit/Debit Pay- Thank You | 14A.CREDIT | 1 | -23.10 |

**HERBS ARE NON-REFUNDABLE**

**Provider Information**
Provider Name: OCOM
License:
SSN or EIN: 930845182

Total Charges:        $ 23.10
Total Payments:      -$ 23.10
Total Adjustments:    $ 0.00
**Total Due This Visit:**   $ 0.00
Total Account Balance:  $ 0.00

Insured's Name: _____   Insured's ID#: _____

Insured's Signature: _____   Date: _____

Case 3:10-cv-01065-PK    Document 29-2    Filed 09/28/10    Page 9 of 17    Page ID#: 96

# OREGON COLLEGE OF ORIENTAL MEDICINE
## Acupuncture & Herbal Clinic

10541 SE Cherry Blossom Drive | Portland, Oregon 97216
Phone: (503) 253 - 3443 | Fax: (503) 251 - 2092
www.ocom.edu

Page: 1                                                                                           7/16/2008

**Patient:** Natache D. Guirma           **Diagnoses:** 1. 0.0    ASK PRACTITIONER
5731 NE 1th Ave                                         2.
Portland, OR 97211                                      3.
                                                        4.

Chart #: GUINA000    Case #: 33199

**Instructions:** Complete the patient information portion of your insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until your deductible is met. Mail directly to your insurance carrier.

| Date | Description | Procedure | Units | Charge |
|---|---|---|---|---|
| 7/16/2008 | Herbal Clinic Office Visit, Return | H2.99215 | 1 | 5.00 |
| 7/16/2008 | Granule Herbs [G] | UG.HERBS | 1 | 49.08 |
| 7/16/2008 | Credit/Debit Pay- Thank You | 14A.CREDIT | 1 | -54.08 |

**HERBS ARE NON-REFUNDABLE**

**Provider Information**
Provider Name: OCOM
License:
SSN or EIN: 930845182

Total Charges:         $ 54.08
Total Payments:       -$ 54.08
Total Adjustments:     $ 0.00
**Total Due This Visit:** $ 0.00
Total Account Balance: $ 0.00

Insured's Name: _____    Insured's ID#: _____

Insured's Signature: _____    Date: _____

Exhibit B pg 9

## OREGON COLLEGE OF OR[iental]
### Acupuncture & H[erbal]

10541 SE Cherry Blossom Drive  
Phone: (503) 253-3443 | F[ax]  
www.ocom.[edu]

Page: 1

OREGON COLLEGE OF ORIE[NTAL]  
10525 SE CHERRY BLOSSOM  
PORTLAND, OR 97216

07/30/2008                15:11:10  
Merchant ID:        000000000556443  
Terminal ID:               00763947  
356168831887

7/30/2008

**Patient:** Natache D. Guirma  
5731 NE 1th Ave  
Portland, OR 97211

Chart #: GUINA000    Case #: 33199

**Instructions:** Complete the patient information portion of your insurance claim the claim. If you have a deductible policy, hold your claim forms

CREDIT CARD  
VISA SALE

| CARD # | XXXXXXXXXXXX5952 |
| INVOICE | 0053 |
| Batch #: | 000531 |
| Approval Code: | 101809 |
| Entry Method: | Swiped |
| Approved: | Online |

rtaining to e carrier.

| Date | Description | Procedu[re] | | Charge |
|---|---|---|---|---|
| 7/30/2008 | Herbal Clinic Office Visit, Return | H2.992[1] | SALE AMOUNT $55.90 | 5.00 |
| 7/30/2008 | Granule Herbs [G] | UG.HEI | TAX AMOUNT $0.00 | 50.90 |
| 7/30/2008 | Credit/Debit Pay- Thank You | 14A.CR | ------------------- | -55.90 |

TOTAL AMOUNT         $55.90

CUSTOMER COPY

HERBS ARE NON-REFUNDABLE

**Provider Information**

Provider Name: OCOM  
License:  
SSN or EIN: 930845182

Total Charges:         $ 55.90  
Total Payments:       -$ 55.90  
Total Adjustments:      $ 0.00  
**Total Due This Visit:**  $ 0.00  
Total Account Balance:  $ 0.00

Insured's Name: _____           Insured's ID#: _____

Insured's Signature: _____            Date: _____

OREGON COLLEGE OF ORIE
10525 SE CHERRY BLOSSOM
PORTLAND, OR 97216

3/11/2008                                   18:42:00
erchant ID:                     000000000556443
erminal ID:                             00763947
56168831887

            CREDIT CARD
              VISA SALE

ARD #                        XXXXXXXXXXXX5952
IVOICE                                    0064
atch #:                                 000542
oproval Code:                           134114
ntry Method:                            Manual
oproved:                                Online

ALE AMOUNT                              $27.65

AX AMOUNT                                $0.00
                                 -------------

OTAL AMOUNT                             $27.65


             CUSTOMER COPY

## ON COLLEGE OF ORIENTAL MEDICINE
## cupuncture & Herbal Clinic

herry Blossom Drive  |  Portland, Oregon 97216
te: (503) 253 - 3443  |  Fax: (503) 251 - 2092
              www.ocom.edu

                                                        8/11/2008

**Diagnoses:**  1. 0.0      ASK PRACTITIONER
               2.
               3.
               4.

of your insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to
y, hold your claim forms until your deductible is met. Mail directly to your insurance carrier.

| Procedure  | Units | Charge |
|------------|-------|--------|
| UG.HERBS   | 1     | 27.65  |
| 14A.CREDIT | 1     | -27.65 |

| HERBS ARE NON-REFUNDABLE |
|---|

|  |  |
|---|---|
| Total Charges:          | $ 27.65  |
| Total Payments:         | -$ 27.65 |
| Total Adjustments:      | $ 0.00   |
| **Total Due This Visit:** | **$ 0.00** |
| Total Account Balance:  | $ 0.00   |

**Provider Information**

Provider Name: OCOM
License:
SSN or EIN: 930845182

Insured's Name: _____          Insured's ID#: _____

Insured's Signature: _____        Date: _____

# OREGON COLLEGE OF ORIENTAL MEDICINE
## Acupuncture & Herbal Clinic

10541 SE Cherry Blossom Drive | Portland, Oregon 97216
Phone: (503) 253 - 3443 | Fax: (503) 251 - 2092
www.ocom.edu

Page: 1

8/20/2008

**Patient:** Natache D. Guirma
5731 NE 1th Ave
Portland, OR 97211

**Diagnoses:** 1. 0.0   ASK PRACTITIONER
2.
3.
4.

Chart #: GUINA000    Case #: 33199

**Instructions:** Complete the patient information portion of your insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until your deductible is met. Mail directly to your insurance carrier.

| Date | Description | Procedure | Units | Charge |
|---|---|---|---|---|
| 8/20/2008 | Herbal Clinic Office Visit, Return | H2.99215 | 1 | 7.00 |
| 8/20/2008 | Granule Herbs [G] | UG.HERBS | 1 | 53.25 |
| 8/20/2008 | Credit/Debit Pay- Thank You | 14A.CREDIT | 1 | -60.25 |

**Provider Information**
Provider Name: OCOM
NPI: 141710303
SSN or EIN: 930845182

Patient Phone

| HERBS ARE NON-REFUNDABLE |
|---|

Total Charges: $ 60.25
Total Payments: -$ 60.25
Total Adjustments: $ 0.00
**Total Due This Visit:** **$ 0.00**
Total Account Balance: $ 0.00

Insured's Name: _____    Insured's ID#: _____

Insured's Signature: _____    Date: _____

Exhibit B pg 12

# OREGON COLLEGE OF ORIENTAL MEDICINE
## Acupuncture & Herbal Clinic

10541 SE Cherry Blossom Drive | Portland, Oregon 97216
Phone: (503) 253 - 3443 | Fax: (503) 251 - 2092
www.ocom.edu

Page: 1                                                                                                    10/2/2008

**Patient:** Natache D. Guirma              **Diagnoses:** 1. 0.0   ASK PRACTITIONER
5731 NE 1th Ave                                              2.
Portland, OR 97211                                           3.
                                                             4.

Chart #: GUINA000     Case #: 33199

**Instructions:** Complete the patient information portion of your insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until your deductible is met. Mail directly to your insurance carrier.

| Date | Description | Procedure | Units | Charge |
|---|---|---|---|---|
| 10/2/2008 | Herbal Clinic Office Visit, Return | H2.99215 | 1 | 7.00 |
| 10/2/2008 | Granule Herbs [G] | UG.HERBS | 1 | 53.85 |
| 10/2/2008 | Credit/Debit Pay- Thank You | 14A.CREDIT | 1 | -60.85 |

**HERBS ARE NON-REFUNDABLE**

**Provider Information**
Provider Name: OCOM
NPI: 141710303
SSN or EIN: 930845182

Patient Phone

| | |
|---|---|
| Total Charges: | $ 60.85 |
| Total Payments: | -$ 60.85 |
| Total Adjustments: | $ 0.00 |
| **Total Due This Visit:** | **$ 0.00** |
| Total Account Balance: | $ 0.00 |

Insured's Name: _____          Insured's ID#: _____

Insured's Signature: _____     Date: _____

# OREGON COLLEGE OF ORIENTAL MEDICINE
## Acupuncture & Herbal Clinic

10541 SE Cherry Blossom Drive | Portland, Oregon 97216
Phone: (503) 253 - 3443 | Fax: (503) 251 - 2092
www.ocom.edu

Page: 1                                                                                                   11/6/2008

**Patient:** Natache D. Guirma           **Diagnoses:** 1. 0.0    ASK PRACTITIONER
5731 NE 1th Ave                                        2.
Portland, OR 97211                                     3.
                                                       4.
Chart #: GUINA000    Case #: 33199

**Instructions:** Complete the patient information portion of your insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until your deductible is met. Mail directly to your insurance carrier.

| Date | Description | Procedure | Units | Charge |
|---|---|---|---|---|
| 11/6/2008 | Granule Herbs [G] | UG.HERBS | 1 | 60.60 |
| 11/6/2008 | Credit/Debit Pay- Thank You | 14A.CREDIT | 1 | -60.60 |

**HERBS ARE NON-REFUNDABLE**

**Provider Information**
Provider Name: OCOM
NPI: 141710303
SSN or EIN: 930845182

Patient Phone

Total Charges:          $ 60.60
Total Payments:        -$ 60.60
Total Adjustments:      $ 0.00
**Total Due This Visit:** $ 0.00
Total Account Balance:  $ 0.00

Insured's Name: _____          Insured's ID#: _____

Insured's Signature: _____     Date: _____

Exhibit B pg. 14

OCOM Acupuncture & Herbal Clinic
10541 SE Cherry Blossom Drive
Portland, OR 97216

Natache D. Guirma
5731 NE 1th Ave
Portland, OR 97211

Chart #: GUINA000      Case #: 33199

| Date | Description | Procedure | Diag.1 | Diag.2 | Units | Charge |
|---|---|---|---|---|---|---|
| 11/20/2008 | Herbal Clinic Office Visit, Return | H2.99215 | 0.0 | | 1 | 7.00 |
| 11/20/2008 | Credit/Debit Pay- Thank You | 14A.CREDIT | | | 1 | -7.00 |
| 11/20/2008 | Herbal Clinic Office Visit, Return | H2.99215 | 0.0 | | 1 | 0.00 |
| 11/20/2008 | Granule Herbs [G] | UG.HERBS | 0.0 | | 1 | 60.60 |
| 11/20/2008 | Credit/Debit Pay- Thank You | 14A.CREDIT | | | 1 | -67.60 |

**HERBS ARE NON-REFUNDABLE**

**Provider Information**

Provider Name:  OCOM
License:
Insurance PIN:
SSN or EIN:  930845182

Total Charges:       $ 67.60
Total Payments:     -$ 74.60
Total Adjustments:   $ 0.00
**Total Due This Visit:**   -$ 7.00
Total Account Balance:  -$ 7.00

*You have $7.00 credit.*

Insured's Name _____    Insured's ID # _____

Insured's Signature _____    Date _____

Exhibit B, pg 15

# OREGON COLLEGE OF ORIENTAL MEDICINE
## Acupuncture & Herbal Clinic

10541 SE Cherry Blossom Drive | Portland, Oregon 97216
Phone: (503) 253 - 3443 | Fax: (503) 251 - 2092
www.ocom.edu

Page: 1    12/8/2008

**Patient:** Natache D. Guirma
5731 NE 1th Ave
Portland, OR 97211

**Diagnoses:** 1. 0.0    ASK PRACTITIONER
2.
3.
4.

Chart #: GUINA000    Case #: 33199

**Instructions:** Complete the patient information portion of your insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until your deductible is met. Mail directly to your insurance carrier.

| Date | Description | Procedure | Units | Charge |
|---|---|---|---|---|
| 12/8/2008 | Granule Herbs [G] | UG.HERBS | 1 | 64.75 |
| 12/8/2008 | Credit/Debit Pay- Thank You | 14A.CREDIT | 1 | -64.75 |

**HERBS ARE NON-REFUNDABLE**

**Provider Information**
Provider Name: OCOM
NPI: 141710303
SSN or EIN: 930845182

Total Charges: $ 64.75
Total Payments: -$ 64.75
Total Adjustments: $ 0.00
**Total Due This Visit:** $ 0.00
Total Account Balance: $ 0.00

Patient Phone

Insured's Name: _____    Insured's ID#: _____

Insured's Signature: _____    Date: _____

# OREGON COLLEGE OF ORIENTAL
## Acupuncture & Herbal C

10541 SE Cherry Blossom Drive | Portland
Phone: (503) 253 - 3443 | Fax: (503) 2
www.ocom.edu

age: 1

OREGON COLLEGE OF ORIE
10525 SE CHERRY BLOSSOM
PORTLAND, OR 97216

12/16/2008                           10:31:19
Merchant ID:              000000000556443
Terminal ID:                     00763947
356168831887

**Patient:** Natache D. Guirma
5731 NE 10th Ave
Portland, OR 97211

Chart #: GUINA000    Case #: 33199

CREDIT CARD
VISA SALE

| CARD # | XXXXXXXXXX-X5952 |
| INVOICE | 0004 |
| Batch #: | 000645 |
| Approval Code: | 163014 |
| Entry Method: | Manual |
| Approved: | Online |

Avs Code: NYZ

**Instructions:** Complete the patient information portion of your insurance claim form. Atta
the claim. If you have a deductible policy, hold your claim forms until your

| Date | Description | Procedure |
|------|-------------|-----------|
| 12/16/2008 | Granule Herbs [G] | UG.HERBS |
| 12/16/2008 | Shipping and Handling [HD] | POSTAGE |
| 12/16/2008 | Credit/Debit Pay- Thank You | 14A.CREDIT |

SALE AMOUNT           $103.00
TAX AMOUNT              $0.00

TOTAL AMOUNT         $103.00

CUSTOMER COPY

HERBS ARE NON-REFUNDABLE

Total Charges:     $ 103.00
Total Payments:   -$ 103.00
Total Adjustments:    $ 0.00
**Total Due This Visit:**    $ 0.00
Total Account Balance:    $ 0.00

**Provider Information**
Provider Name: OCOM
NPI: 141710303
SSN or EIN: 930845182

Patient Phone

Insured's Name: _____

Insured's Signature: _____

Insured's ID#: _____

Date: _____