Ian Kyle, OSB #094128
E-Mail: ikyle@rcolegal.com
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Suite 385
Lake Oswego, OR 97035
Phone (503) 517-7183
Fax (503) 977-7963

Attorneys for Defendants Bank of America National Association as Successor Trustee by merger to LaSalle Bank National Association as Trustee under the Pooling and Servicing Agreement dated as of August 1, 2006, GSAMP Trust 2006-HE5; MERS; and Litton Loan Servicing LP.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| NATACHE D. RINEGARD-GUIRMA,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION as Successor Trustee By Merger To LaSalle Bank National Association As Trustee Under The Pooling and Servicing Agreement Dated As Of August 1, 2006, GSAMP Trust 2006-HE5; MERS; LITTON LOAN SERVICING LP; LSI TITLE COMPANY OF OREGON LLC; and QUALITY LOAN SERVICING CORPORATION OF WASINGTON,<br><br>    Defendants. | No. 3:10-cv-01065-PK<br><br>MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) BY DEFENDANTS:<br><br>1.) BANK OF AMERICA NATIONAL ASSOCIATION as Successor Trustee by Merger to LaSalle Bank National Association as Trustee Under the Pooling and Servicing Agreement Dated as of August 1, 2006, GSAMP TRUST 2006-HE5<br>2.) MERS, and<br>3.) LITTON LOAN SERVICING LP<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**Date:**<br><br>**Time:**<br><br>ORAL ARGUMENT REQUESTED |

MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) BY DEFENDANTS BANK OF AMERICA, MERS, AND LITTON LOAN SERVICING LP - 1

## I. LR 7.1 CERTIFICATION

The undersigned attorney certifies that he conferred with Plaintiff Natache D. Rinegard-Guirma in good faith via telephone on September 29, 2010 prior to filing this Motion, but that the parties could not resolve the issues, requiring the filing of this Motion.

## II. MOTION

Pursuant to FRCP 12 (b)(6), defendants Bank of America National Association as Successor Trustee by Merger to LaSalle Bank National Association as Trustee Under the Pooling and Servicing Agreement Dated as of August 1, 2006, GSAMP TRUST 2006-HE5 ("Bank of America National Association"), MERS, and Litton Loan Servicing LP respectfully move the Court for an order dismissing Plaintiff's Amended Complaint (filed on September 17, 2010 as docket # 17) with prejudice for failure to state a claim. Furthermore, Plaintiff cannot assert a set of facts that constitute a claim for relief against defendant MERS.

This Motion is supported by the accompanying Memoranda of Law and Request for Judicial Notice concurrently being filed.

Defendants respectfully request oral argument on this motion.

DATED this 30th day of September, 2010.

>                     ROUTH CRABTREE OLSEN, P.C.
>
>                     By /s/                    Ian Kyle
>                     Ian Kyle, OSB #094128
>                     Of Attorneys for Bank of America N.A.;
>                     MERS; and Litton Loan Servicing LP
>                     11830 SW Kerr Parkway, Suite 385
>                     Lake Oswego, OR 97035
>                     (503) 517-7183; Fax (503) 977-7963
>                     ikyle@rcolegal.com

MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) BY DEFENDANTS BANK OF AMERICA, MERS, AND LITTON LOAN SERVICING LP - 2

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Oregon that I mailed a true and correct copy of the forgoing FRCP 12 (b)(6) Motion to Dismiss to the parties listed below on this 30<u>th</u> day of September, 2010. Where available, such parties were served solely via ECF (Holger Uhl).

                                            ROUTH CRABTREE OLSEN, P.C.

                                            By /s/                    Ian Kyle
                                            Ian Kyle, OSB #094128
                                            Of Attorneys for Bank of America as
                                            Successor Trustee; MERS; and Litton Loan
                                            Servicing LP
                                            11830 SW Kerr Parkway, Suite 385
                                            Lake Oswego, OR 97035
                                            (503) 517-7183; Fax (503) 977-7963
                                            ikyle@rcolegal.com

Natache D. Rinegard-Guirma
5731 NE 10<u>th</u> Ave.
Portland, OR 97211
       *Pro Se* Plaintiff
       By Mail

Holger Uhl
huhl@mccarthyholthus.com
       Attorney for Quality Loan Servicing and LSI Title Company LLC
       Via ECF

MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) BY DEFENDANTS BANK OF AMERICA, MERS, AND LITTON LOAN SERVICING LP - 3