Natache D. Rinegard-Guirma
5731 NE 10th Avenue
Portland, Oregon 97211
503.278.0709

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| Natache D. Rinegard-Guirma<br>Plaintiff, | Civil Case No: 10-1065-PK |
| vs. | **NOTICE TO THE COURT** |
| Bank of America, National Association as successor by merger to LaSalle Bank National Association, as trustee under the Pooling And Servicing Agreement dated as of August 1st, 2006, GSAMP Trust 2006-HE5, MERS, Litton Loan Servicing LP, and the original and purported successor trustees, LSI Title Company of Oregon, LLC, and Quality Loan Service Corporation of Washington.<br>Defendants. | |

I Natache D. Rinegard-Guirma (Plaintiff) have sent payment to Litton Loan Servicing via express overnight mail in the amount of $500.00 on October 14th, 2010. I am making this payment pursuant to Court Order signed the 6th day of October, 2010. By the making of this payment I do not waive any rights or remedies that I may have.

Dated: 10.14.10

Page 1 - NOTICE TO THE COURT

To:  Litton Loan Servicing

Re:  Natache D. Rinegard-Guirma
Loan #18705285
Civil Action #10-1065 PK

I am making this $500.00 payment pursuant to Court Order signed the 6th day of October, 2010. By the making of this payment I do not waive any rights or remedies that I may have.



Dated: 10,14,10