Filed By:
Ian Kyle, OSB #094128
E-Mail: ikyle@rcolegal.com
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Suite 385
Lake Oswego, OR 97035
Phone (503) 517-7183
Fax (503) 977-7963

    Attorneys for Defendants Bank of America National Association as Successor Trustee by merger to LaSalle Bank National Association as Trustee under the Pooling and Servicing Agreement dated as of August 1, 2006, GSAMP Trust 2006-HE5; and Litton Loan Servicing LP.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| NATACHE D. RINEGARD-GUIRMA,<br><br>          Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION as Successor Trustee By Merger To LaSalle Bank National Association As Trustee Under The Pooling and Servicing Agreement Dated As Of August 1, 2006, GSAMP Trust 2006-HE5; MERS; LITTON LOAN SERVICING LP; LSI TITLE COMPANY OF OREGON LLC; and QUALITY LOAN SERVICING CORPORATION OF WASINGTON,<br>          Defendants. | No. 3:10-cv-01065-PK<br><br>UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO THE SECOND AMENDED COMPLAINT (BY ALL DEFENDANTS) |

## I.    LR 7.1 Statement

    Undersigned counsel confirm that they have conferred with counsel for Plaintiff, David Koen, and that Mr. Koen has no objection to this Motion.

## II.    Motion

    Plaintiff, Natache D. Rinegard-Guirma, with leave of the court, filed her Second

DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE SECOND AMENDED COMPLAINT - 1

Amended Complaint in this matter on October 7, 2010 (#40). Pursuant to the Federal Rules of Civil Procedure, Defendants' responsive motion or pleading to the Second Amended Complaint is due to be filed October 27, 2010. However, after Plaintiff filed her Second Amended Complaint, she secured the assistance of counsel, David Koen, who filed a notice of appearance on October 19, 2010 (#44). Mr. Koen would like to perform additional research and intends to submit a motion for leave to file a third amended complaint by November 18, 2010. Defendants are in principle not opposed to such motion and amendment. Furthermore, defendants anticipate that the court will grant Plaintiff leave to amend now that she is represented by counsel.

Should the court deny Plaintiff's anticipated motion to amend for whatever reason, Defendants seek an extension of time to file their response to the Second Amended Complaint to thirty days from the date that the court denies Plaintiff's motion. Should Plaintiff not file a motion requesting leave to amend the complaint before December 31, 2010, Defendants request that they be allowed until January 31, 2011 to file a responsive motion or pleading to the Second Amended Complaint.

Dated this __27th__ day of October, 2010.

ROUTH CRABTREE OLSEN, P.C.

By: __/s/ Ian Kyle_____

Ian H. Kyle, OSB # 094128
Attorney for Defendants BANK OF
AMERICA N.A. AS TRUSTEE and
LITTON LOAN SERVICING
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, OR 97035-1249
Phone (503) 517-7183
Fax (503) 977-7963
ikyle@rcolegal.com

DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO
THE SECOND AMENDED COMPLAINT - 2

MCCARTHY & HOLTHUS, LLP

By:   /s/ Holger Uhl

    Holger Uhl, OSB #95104
    Attorney for LSI TITLE COMPANY OF
    OREGON LLC; and QUALITY LOAN
    SERVICING CORPORATION OF
    WASINGTON

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN, LLP

By:      /s/ Bruce C. Hamlin

    Bruce C. Hamlin, OSB #792542
    Attorney for MERS
    Martin Bischoff Templeton Langslet & Hoffman
    888 SW Fifth Avenue, Suite 900
    Portland, OR 97204
    Tel:  503-224-3113
    Fax:  503-224-9471
    bhamlin@martinbischoff.com