David Koen
OSB No. 080941
david.koen@lasoregon.org
LEGAL AID SERVICES OF OREGON
921 SW Washington, Ste. 500
Portland, OR 97205
Telephone: 503.224.4086
Facsimile: 503.295.9496

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| NATACHE D. RINEGARD-GUIRMA,<br>            Plaintiff,<br><br>v.<br><br>BANK OF AMERICA NATIONAL<br>ASSOCIATION as Successor Trustee by<br>Merger to LaSalle Bank National<br>Association as Trustee Under the Pooling<br>and Servicing Agreement Dated as of<br>August 1, 2006, GSAMP TRUST<br>2006-HE5; MERS; LITTON LOAN<br>SERVICING LP; LSI TITLE COMPANY<br>OF OREGON LLC; and QUALITY LOAN<br>SERVICING CORPORATION OF<br>WASHINGTON,<br>                    Defendants. | No. 3:10-cv-01065-PK<br><br>PLAINTIFF'S NOTICE CONCERNING<br>SECURITY PAYMENTS |

On October 6, 2010, this Court granted Plaintiff's Motion for a Temporary Restraining

Order and Preliminary Injunction.  Rec. Doc. 39.  Pursuant to Federal Rule of Civil Procedure

65(c), the Court ordered Plaintiff to make security payments until the injunction is dissolved.  *Id.*

Page 1 - PLAINTIFF'S NOTICE CONCERNING SECURITY PAYMENTS

Plaintiff hereby provides notice that in making the ordered security payments, she does not waive any rights or remedies to which she may be entitled.

DATED: November 9, 2010                    LEGAL AID SERVICES OF OREGON

                                           BY:      /s/ David L. Koen
                                                    David L. Koen, OSB No. 080941

                                                    Attorney for Plaintiff

Page 2 - PLAINTIFF'S NOTICE CONCERNING SECURITY PAYMENTS