IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| NATACHE D. RINEGARD-GUIRMA, | ) | Civil No. 03:10-cv-1065-PK |
| Plaintiff(s), | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| BANK OF AMERICA NA, et al., | ) | |
| Defendant(s). | ) | |

IT IS ORDERED AND ADJUDGED that this action is DISMISSED with prejudice and without leave to amend. Pending motions, if any, are DENIED AS MOOT.

Dated this 14th day of November, 2013.

by /s/ Paul Papak
Paul Papak
United States Magistrate Judge